## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## FRANKFORT

COMMONWEALTH OF KENTUCKY,
*ex. rel.* ANDY BESHEAR, ATTORNEY
GENERAL,

        Plaintiff,

v.

MCKESSON CORPORATION

        Defendant.

CIVIL ACTION NO. 3:18-cv-00010-GFVT
**(Removal from Commonwealth of Kentucky, Jefferson Circuit Court, Civil Action No. 18-CI-001013)**

### PLAINTIFF'S NOTICE OF REMAND

In compliance with the Court's Order of April 12, 2018, the Plaintiff, the Commonwealth of Kentucky ("the Commonwealth"), hereby advises the Court that, subsequent to the transfer of this case to MDL 2804, currently pending in the United States District Court for the Northern District of Ohio, the parties reached agreement and on July 13, 2018, the MDL Court entered an Order remanding this case back to the Franklin County, Kentucky Court. A copy of said Order is attached hereto as Exhibit A.

        Respectfully submitted,

        ANDY BESHEAR
        ATTORNEY GENERAL

By:   /s/ *C. David Johnstone*
      LeeAnne Applegate
      Elizabeth U. Natter
      Assistant Attorneys General
      Commonwealth of Kentucky
      Office of the Attorney General
      Office of Consumer Protection

1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Elizabeth.Natter@ky.gov
LeeAnne.Applegate@ky.gov
(502) 696-5300

Wesley W. Duke
C. David Johnstone
Brian C. Thomas
Assistant Attorneys General
Commonwealth of Kentucky
Office of the Attorney General
Office of Medicaid Fraud and Abuse Control
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Wesley.Duke@ky.gov
David.Johnstone@ky.gov
BrianC.Thomas@ky.gov
(502) 696-5300

James D. Young
Sarah A. Foster
MORGAN & MORGAN
76 S. Laura St., Suite 1100
Jacksonville, FL 32202
jyoung@forthepeople.com
sarahfoster@forthepeople.com
(904) 398-2722

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 17, 2018, I electronically filed a true and correct copy of the foregoing Plaintiff's Notice of Remand with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record in this matter.

/s/ *C. David Johnstone*